**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 LORGIO RAFAEL HERNANDEZ-GUEVEDO,

                                        Plaintiff,

              -against-                                          26 **CIVIL** 2379 (LLS)

                                                                **JUDGMENT**

THE NYS JUDICIARY BRANCH; THE
DUTCHESS COUNTY; THE PUBLIC
DEFENDER'S OFFICE; DEFENSE COUNSEL
MICHELLE BLEEKER,

                                        Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 1, 2026, the Court has dismissed the complaint as barred

by the Eleventh Amendment, and therefore, for lack of subject matter jurisdiction, for failure to

state a claim on which relief may be granted, and as barred by the *Younger* abstention doctrine.

*See* 28 U.S.C. § 1915(e)(2)(B)(ii); Fed. R. Civ. P. 12(h)(3). The Court declines to exercise

supplemental jurisdiction of any state law claims Plaintiff may be asserting. *See* 28 U.S.C. §

1367(c)(3).

**Dated:** New York, New York

          June 9, 2026

                                                  **TAMMI M. HELLWIG**
                                          _____
                                                  **Clerk of Court**


                              **BY:**              K. mango
                                          _____
                                                  **Deputy Clerk**