UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORGIO RAFAEL HERNANDEZ-GUEVEDO,

Plaintiff,

-against-

THE NYS JUDICIARY BRANCH; THE DUTCHESS COUNTY; THE PUBLIC DEFENDER'S OFFICE; DEFENSE COUNSEL MICHELLE BLEEKER,

Defendants.

26-CV-2379 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brought this action *pro se*. By order dated May 21, 2026, Chief Judge Laura Taylor Swain granted Plaintiff's application to proceed *in forma pauperis* ("IFP"). (ECF 7.) This action was subsequently reassigned to the undersigned. By order dated June 1, 2026, the Court dismissed the action. (ECF 8.) The Clerk of Court entered judgment on June 9, 2026. (ECF 9.) On July 6, 2026, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Second Circuit (ECF 10), along with an application to proceed IFP on appeal (ECF 11).

Rule 24(a)(3) of the Federal Rules of Appellate Procedure states that

> [a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding.

Fed. R. App. P. 24(a)(3)(A); *see also* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); *Coppedge v. United States*, 369 U.S. 438, 445 (1962) ("'[G]ood faith' in this context must be judged by an

objective standard"; that is, when a plaintiff "seeks appellate review of any issue [that is] not frivolous.").

As noted above, Chief Judge Laura Taylor Swain granted Plaintiff's request to proceed IFP. The Court did not dismiss the complaint as frivolous and has not certified that any appeal would not be taken in good faith or otherwise revoked Plaintiff's IFP status. Because Plaintiff's IFP status has not been revoked, under Rule 24(a), he may proceed IFP on appeal without further authorization from this court, and a further authorization is unnecessary, under Federal Rule of Appellate Procedure 24(a).

SO ORDERED.

Dated: July 15, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.